IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ACTION CHEMICAL, INC.,

        Plaintiff

v.                                                 Case No. 2:21-cv-02789 MSN-atc

BEAN INFORMATION TECHNOLOGY
CORPORATION, EDMOND WANG, AND
JOHN NYSTROM,

        Defendants.

## ORDER APPROVING STIPULATION OF STAY

Before the Court is the Parties' Joint Stipulation of Stay, filed April 6, 2022. (ECF No. 14) ("Stipulation".) The Court, fully informed, finds the Stipulation well-taken and it is **APPROVED**.

Therefore, this matter is **STAYED UNTIL NOVEMBER 30, 2022**, at or before which time, as stipulated by the Parties, "Plaintiff['s] counsel will either file a notice of dismissal . . . or request that the stay be lifted so the case may proceed." (*Id.* at PageID 64.)

**IT IS SO ORDERED** this 6th day of April, 2022.

                                                 *s/ Mark Norris*
                                                 MARK S. NORRIS
                                                 UNITED STATES DISTRICT JUDGE